MICHAEL J. McCUE (Bar No. 6055)
MMcCue@LRLaw.com
NIKKYA G. WILLIAMS (Bar No. 11484)
NWilliams@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
PLAYSPAN HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLAYSPAN HOLDINGS, LLC,  a Delaware limited liability corporation, <br><br> Plaintiff, <br><br> v. <br><br> EDMUND LEE, an individual, <br><br> Defendant. | Case No. 2:11-cv-01790-PMP-VCF <br><br> **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Presently before the Court is Plaintiff Playspan Holdings, LLC's ("Plaintiff's") Motion For Default Judgment and Permanent Injunction.  Having considered Plaintiff's motion, the accompanying memorandum of points and authorities, the papers and pleadings on file in this case, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion For Default Judgment and Permanent Injunction is GRANTED.

I.      **Default Judgment**

THE COURT FINDS that Defendant Edmund Lee ("Defendant") was regularly served with the Summons and Complaint in this action but has failed to appear and answer the Complaint within the period prescribed by law, that the default of Defendant was duly entered by the Clerk of the Court on February21, 2012, and that Plaintiff is entitled to affirmative relief against the Defendant.  Based upon the foregoing findings, and good cause appearing therefor;

IT IS HEREBY ORDERED that Plaintiff Playspan Holdings, LLC be awarded judgment against Defendant Edmund Lee, as follows:

A.      Statutory damages in the amount of $2,000,000 for trademark counterfeiting;

B.      Statutory damages in the amount of $100,000 for cybersquatting; and

C.      Post-Judgment interest on the principal sum at the rate prescribed by law from the date of the entry of the Judgment until paid in full.

## II.     Permanent Injunction

IT IS HEREBY FURTHER ORDERED that Defendant, Defendant's respective officers, agents, servants, employees and/or all persons acting in concert or participation with Defendant, are hereby permanently restrained and enjoined from:

1.      Using the PlaySpan Marks (as defined in the Complaint) or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs in commerce (including, but not limited to, on any website or within hidden text or metatags contained on or within any website or in domain names); and

2.      Registering or trafficking in any domain name containing the PlaySpan Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs.

## III.    Transfer of Domain Name

IT IS HEREBY FURTHER ORDERED that Name.com, LLC, the current registrar of the <UltimateGameCard.org> domain name, shall transfer the registration for the <UltimateGameCard.org> domain name to Plaintiff Playspan Holdings, LLC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IV.     Refund of Security Deposit**

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court shall refund to Plaintiff the $100 deposited by Plaintiff as security for the temporary restraining order and preliminary injunction entered in this case.

ENTERED: this _23rd day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 23, 2011, I caused the foregoing document entitled **[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION** to be served via first-class U.S. Mail, postage prepaid, upon the following person:

Edmund Lee
21 E. Chestnut Street, 3F
Chicago, Illinois 60611

Dated: February 23, 2012

/s/Danielle Kelley
An employee of Lewis and Roca LLP