AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Playspan Holdings LLC

      Plaintiff,

  V.

Edmund Lee

      Defendant.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-1790 PMP-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff Playspan Holdings, LLC is awarded judgment against Defendant Edmund Lee, as follows:
A. Statutory damages in the amount of $2,000,000 for trademark counterfeiting;
B. Statutory damages in the amount of $100,000 for cybersquatting; and
C. Post-Judgment interest on the principal sum at the rate prescribed by law from the date of the entry of the Judgment until paid in full.

February 23, 2012          /s/ Lance S. Wilson
Date                Clerk

                 /s/ Eileen Sterba
                 (By) Deputy Clerk